MATTHEW P. MADDEN, ESQUIRE – ID 030662002
MADDEN & MADDEN, P.A.
108 KINGS HIGHWAY EAST - SUITE 200
POST OFFICE BOX 210
HADDONFIELD, NEW JERSEY 08033
TEL: (856) 428-9520
MatthewM@MaddenMadden.com
Attorneys for Defendant, Washington Township Zoning Board of Adjustment

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| RISING SUN RECOVERY, LLC,<br><br>Plaintiff<br><br>vs.<br><br>WASHINGTON TOWNSHIP ZONING BOARD OF ADJUSTMENT,<br><br>Defendants | Case No: 1:24-cv-07100-ESK-MJS<br><br>CIVIL ACTION<br>**JOINT VOLUNTARY STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**ORDER** |

PLEASE TAKE NOTICE THAT, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant, by and through their undersigned attorneys, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice and without costs against either Party;

The Parties further agree that the Court shall retain jurisdiction to enforce any provision contained with the Settlement Agreement entered into by and between the Parties; and

The Parties further consent to the form and entry of the within Joint Voluntary Stipulation of Dismissal With Prejudice of the Action.

**NEHMAD, DAVIS & GOLDSTEIN, P.C.**
Attorneys for Plaintiff, Rising Sun Recovery, LLC

DATED: Feb. 9, 2026

By: ______________________
CHERYLLYNN WALTERS, ESQUIRE

**MADDEN & MADDEN**
Attorneys for Defendant, Washington Township Zoning Board of Adjustment

DATED: 5/11, 2026

By: ______________________
MATTHEW P. MADDEN, ESQUIRE

**So Ordered.**

***/s/ Edward S. Kiel***
**Edward S. Kiel, U.S.D.J.**
**Date: May 11, 2026**